# UNITED STATES DISTRICT COURT
for the

_____Middle_____ District of _____Tennessee_____

United States of America
v.

Teodore Perez-Garcia

Date of Original Judgment: July 31, 2013
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

)
)  Case No: 3:12-00207
)
)  USM No: 21371-075
)
)  R. David Baker
)  *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____48_____ months **is reduced to** _____46 months_____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated _____07/31/2013_____ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 5/20/2015

_____
*Judge's signature*

Effective Date: 11/01/2015
*(if different from order date)*

John T. Nixon, Senior Judge, U.S. District Court
*Printed name and title*